# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LARUNCE ANDREW PIPKIN** § | |
| § | |
| **V.** § | **CIVIL NO. 1:23-cv-01409** |
| § | |
| **CONTRACT FREIGHTERS, INC.,** § | |
| **AND JOHN DOE** § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME, Plaintiff, **LARUNCE ANDRW PIPKIN** ("Plaintiff") and Defendant, **CONTRACT FREIGHTERS, INC.** ("Defendant"), hereinafter collectively referred to as "the parties" and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate to dismiss the case with prejudice against **CONTRACT FREIGHTERS, INC.** In support of this Joint Stipulation of Dismissal, the parties show that Plaintiff no longer wishes to pursue his claims against Defendant, **CONTRACT FREIGHTERS, INC.**, and seeks to dismiss all claims which were, or could have been made in this action, with prejudice.

WHEREFORE, the parties stipulate that this case be dismissed with prejudice against **CONTRACT FREIGHTERS, INC.,** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Jointly stipulated on this this _____ day of _____ 2024.

Respectfully submitted,

*Eoin Tinney* (signed with permission /RWK)
Eoin Tinney
THOMAS J. HENRY
P.O. Box 696025
San Antonio, Texas 78269
Service: etinney-svc@tjhlaw.com
**ATTORNEYS FOR PLAINTIFF**

*/s/ Randee J. Williams Koeller*
LARRY D. WARREN
Federal Bar No. 13994
RANDEE J. WILLIAMS KOELLER
Federal Bar No. 24131772
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas  78216
Telephone: (210) 731-6350
Facsimile:   (210) 785-2950
lwarren@namanhowell.com
rwkoeller@namanhowell.com
***ATTORNEYS FOR DEFENDANT
CONTRACT FREIGHTERS, INC.***

2